Circuit denied.  *Mr. George S. Brengle* for petitioner. *Mr. Forrest E. Single* for respondents.

No. 845.  UNITED STATES *v.* WHARTON GREEN & Co. April 4, 1938.  Petition for writ of certiorari to the Court of Claims denied.  *Acting Solicitor General Bell* for the United States.  *Messrs. George A. King, George R. Shields,* and *Herman J. Galloway* for respondent.

No. 856.  QUICK ACTION IGNITION Co. *v.* BRIGGS & STRATTON CORP.  April 4, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. N. S. Arnstutz* for petitioner. *Messrs. Ira Milton* and *Richard Spencer* for respondent.

No. 873.  BURKE GRAIN Co. *v.* SAINT PAUL MERCURY-INDEMNITY Co.  April 4, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. Tom Kirby* for petitioner.  *Mr. G. J. Danforth* for respondent.

No. 876.  HOOD, SUCCESSOR RECEIVER, *v.* HARDESTY, RECEIVER.  April 4, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Mr. James M. Guiher* for petitioner.  *Mr. George P. Barse* for respondent.

No. 846.  STANDARD MARINE INS. Co. *v.* WESTCHESTER FIRE INS. Co.  April 11, 1938.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second